BORDIN SEMMER LLP
Joshua Bordin-Wosk, State Bar No. 241077
jbordinwosk@bordinsemmer.com
Benjamin A. Sampson, State Bar No. 291797
bsampson@bordinsemmer.com
6100 Center Drive, Suite 1100
Los Angeles, CA 90045
Telephone: (323) 457-2110
Facsimile: (323) 457-2120

**Attorneys for Plaintiff**
DENIS JACKSON

Katessa M. Charles (SBN 146922)
*Katessa.Charles@jacksonlewis.com*
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Bailey McCabe Hashim (SBN 322098)
*Bailey.McCabe@jacksonlewis.com*
JACKSON LEWIS P.C.
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: (916) 341-0404
Fasimile: (916) 341-0141

**Attorneys for Defendant**
NATIONAL EXPRESS TRANSIT CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIS JACKSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL EXPRESS TRANSIT CORPORATION, a corporation; NATIONAL EXPRESS, LLC, a limited liability company; NE DURHAM HOLD CORP, a corporation; DURHAM SCHOOL SERVICES L.P., a limited partnership; DURHAM SCHOOL | Case No.: 2:21-cv-09231 MEMF-JC<br><br>**STIPULATION AND ORDER OF DISMSISAL**<br><br>**[Fed.R.Civ.P. Rule 41]**<br><br>Complaint filed: October 7, 2021<br>Trial Date: May 1, 2023 |

SERVICES, a company; and DOES 1 through 45, inclusive,

    Defendants.

Plaintiff, DENIS JACKSON and Defendant NATIONAL EXPRESS TRANSIT CORPORATION hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

DATED: January 19, 2023    BORDIN SEMMER LLP

              By: _____
                Joshua Bordin-Wosk
                Benjamin A. Sampson
                Attorney for Plaintiff
                DENIS JACKSON

DATED: March 27, 2023    JACKSON LEWIS P.C.

              By: _____
                Katessa M. Charles
                Bailey A. McCabe
                Attorneys for Defendants
                NATIONAL EXPRESS TRANSIT
                CORPORATION